MEMO ENDORSED

**KELNER & KELNER, ESQS.**
**7 WORLD TRADE CENTER, SUITE 2700**
**NEW YORK, NEW YORK 10007**
**(212) 425-0700**

May 16, 2022

Honorable Kenneth M. Karas
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *Martinez v. County of Rockland, et al.*
      Docket No.: 21-cv-1276 (KMK)

Dear Judge Karas:

    Our law firm represents plaintiff Odelvin Jacinto Martinez, as Administrator of the Estate of Ferdy Isaias Jacinto Martinez, in the above-referenced matter. I am writing on behalf of both parties, to update the Court on the status of the case.

    As we reported in our prior letter of April 29, 2022 (Docket No. 40), the parties presently intended to conduct a private mediation, in or around July, following the County's completion its evaluation of the case. Given the pendency of the mediation, we would respectfully request that the status conference currently scheduled for May 19, 2022, be adjourned to a later date.

    We thank the Court for its consideration.

Respectfully submitted,

Joshua D. Kelner (JK-3303)

Granted. The 5/19 conference is adjourned to 7/14/22, at 11:30.
So Ordered.
5/16/22

cc:

**By ECF**
Robert Weissman, Esq.