**MEMO ENDORSED**

KELNER & KELNER, ESQS.
7 WORLD TRADE CENTER, SUITE 2700
NEW YORK, NEW YORK 10007
(212) 425-0700

July 11, 2022

**By ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re: *Martinez v. County of Rockland, et al.*
      Docket No. 21-cv-1276

Dear Judge Karas:

    Our law firm represents the plaintiff in the above-referenced matter. I am writing on behalf of both parties to request that the status conference presently scheduled for July 14, 2022, be adjourned to a date convenient for the Court in early September.

    In our last letter to the Court (Docket No. 44), the parties reported that the County of Rockland was in the process of evaluating its settlement position and that we then intended to schedule a private mediation. The mediation has been scheduled, but will not be until August 25, 2022, due to a variety of logistical issues. Accordingly, the parties would respectfully ask that the status conference be adjourned to early September, at which point the mediation will have been held and we will be in a better position to productively chart the next steps in the case with the Court.

    We thank the Court for its consideration.

Granted. The 7/14/22 conference is adjourned to 9/15/22, at 12:00.

So Ordered.
[signature]
7/12/22

Respectfully submitted,

/s/
Joshua D. Kelner