**MEMO ENDORSED**

KELNER & KELNER, ESQS.<br>
7 WORLD TRADE CENTER, SUITE 2700<br>
NEW YORK, NEW YORK 10007<br>
(212) 425-0700

September 12, 2022

**Submitted by ECF**
Honorable Kenneth M. Karas
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *Martinez v. County of Rockland, et al.*
      Docket No.: 21-cv-1276 (KMK)

Dear Judge Karas:

    Our law firm represents the plaintiff in the above-referenced action, which is scheduled for a status conference before the Court on September 15, 2022. I am writing on behalf of both parties to request, respectfully, that the conference be adjourned for a period of thirty days.

    On August 25, 2022, the parties conducted a mediation before a neutral at JAMS. The mediation was productive, but did not result in a settlement, due in part to the need for further evaluation of the case by the defendants' insurer. Settlement discussions are currently continuing between the parties. A thirty-day adjournment would allow the defendants' insurer to complete its evaluation of the case based on the developments at the mediation and the parties to continue the ongoing settlement discussions and determine whether the matter can be resolved.

    We thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  Joshua D. Kelner (JK-3303)

cc:

**By ECF**
Robert Weissman, Esq.

*Granted. The Court will hold a teleconference on October 13, 2022 at 12:30 PM*

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
9/12/2022