KELNER & KELNER, ESQS.
7 WORLD TRADE CENTER, SUITE 2700
NEW YORK, NEW YORK 10007
(212) 425-0700

**MEMO ENDORSED**

October 12, 2022

**Submitted by ECF**
Honorable Kenneth M. Karas
United States District Court, Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

      Re: *Martinez v. County of Rockland, et al.*
      Docket No.: 21-cv-1276 (KMK)

Dear Judge Karas:

    Our law firm represents plaintiff Odelvin Jacinto Martinez, as Administrator of the Estate of Ferdy Jacinto Martinez, in the above-referenced action. I am writing on behalf of all parties to advise the Court that we have agreed to a settlement.

    As the matter involves an Estate, the settlement is subject to approval either by the Rockland County Surrogate or this Court in accordance with Local Rule 83.2. There are infant distributees of the Estate, whose proceeds we anticipate will be structured. The arrangements for these structures make take some time to determine, particularly given that the infants reside in Guatemala.

    In view of the foregoing, we would respectfully request that the status conference scheduled for tomorrow be adjourned for a period of 60 days.

    We thank the Court for its consideration.

Granted. The conference is adjourned sine die. The Parties are to advise the Court in 60 days if the settlement is not consummated.

So Ordered.
10/12/22

Respectfully submitted,

Joshua D. Kelner (JK-3303)

cc:

**By ECF**
Robert Weissman, Esq.